# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MAE BARBEE, ET AL., | ) |
| | ) |
| Plaintiffs, | ) Case No: 3:19-cv-00119 |
| | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| v. | ) Collective and Class Action |
| | ) |
| | ) |
| NAVIHEALTH, INC., | ) Judge Waverly D. Crenshaw |
| | ) Magistrate Judge Alistair Newbern |
| Defendant. | ) |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND CERTIFICATION OF FLSA COLLECTIVE AND RULE 23 SETTLEMENT CLASSES

Plaintiffs Mae Barbee, Donna Trone, Sheree Montgomery, and Mary Beth Herwald ("Plaintiffs" or "Named Plaintiffs") and Defendant, naviHealth, Inc. ("Defendant" or "naviHealth") (collectively the "Parties"), respectfully move this Court for preliminary approval of the class action and collective action settlement in this matter and to certify the Pennsylvania State Law Class, for settlement purposes only, pursuant to Fed. R. Civ. P. 23(e) and to certify the collective action under the Fair Labor Standards Act ("FLSA") for settlement purposes only.

For the reasons set forth in the supporting memorandum of law and the attached declarations, the proposed Settlement Agreement is "fair, reasonable and adequate," provides Settlement Class Members with substantial monetary relief, and satisfies all other criteria for preliminary approval,. Accordingly, the Parties respectfully request the Court to grant this motion and enter an Order that: (1) preliminarily approves the Settlement Agreement; (2) approves the FLSA settlement notice attached as Exhibit B to the Agreement and the FLSA Opt-in Form

attached as Exhibit C to the Agreement; (3) approves the Rule 23 settlement notice attached as Exhibit D to the Agreement and the Rule 23 Claim Form attached as Exhibit E to the Agreement; (4) appoints Rust Consulting, Inc. as the Settlement Administrator; (5) certifies the FLSA collective action pursuant to 29 U.S.C. §216(b) for settlement purposes only; (6) preliminarily certifies the Rule 23 State Law Class for settlement purposes only under Fed. R. Civ. P. 23(e); (7) appoints Plaintiffs' Counsel as Class Counsel; and (8) sets a Final Approval and Fairness Hearing on a date approximately ninety-five (95) days from the date of the Preliminary Approval Order.

MAY 8, 2020

RESPECTFULLY SUBMITTED,

/s/Molly A. Elkin
Molly A. Elkin
Hillary D. LeBeau
MCGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC  20005
Tel.: (202) 833-8855
Fax: (202) 452-1090
mae@mselaborlaw.com
hdl@mselaborlaw.com

/s/Charles P. Yezbak
Charles P. Yezbak, III
N. Chase Teeples
YEZBAK LAW OFFICES PLLC
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215
Tel.: (615) 250-2000
Fax: (615) 250-2020
yezbak@yezbaklaw.com
teeples@yezbaklaw.com

/s/ Jack Siegel

/s/ Robert W. Horton
Robert W. Horton (TN BPR #17417)
Mary Leigh Pirtle (TN BPR #26659)
Laura M. Mallory (TN BPR #31917)
BASS BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Tel.: (615) 742-6200
Fax: (615) 742-2799
bhorton@bassberry.com
mpirtle@bassberry.com
laura.mallory@bassberry.com

*Counsel for Defendant naviHealth, Inc.*

Jack Siegel
Texas Bar No. 24070621
SIEGEL LAW GROUP, PLLC
2820 McKinnon, Suite 5009
Dallas, Texas 75201
Tel.: (214) 790-4454
jack@siegellawgroup.biz

*/s J. Derek Braziel*
J. Derek Braziel
Travis Gasper
LEE & BRAZIEL, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
Tel.: (214) 749-1400
Fax: (214) 749-1010
jdbraziel@l-b-law.com
gasper@l-b-law.com

*/s/ Travis M. Hedgpeth*
Travis M. Hedgpeth
THE HEDGPETH LAW FIRM, PC
5438 Rutherglenn Drive
Houston, Texas 77096
Tel.: (512) 417-5716
travis@hedgpethlaw.com


*Counsel for Plaintiffs and The Settlement Classes*

**CERTIFICATION OF SERVICE**

The undersigned attorney certifies that a copy of the foregoing has been filed via the Court's ECF filing system on May 8, 2020, and transmitted to the following counsel of record:

Robert W. Horton
Mary Leigh Pirtle
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-6232
Fax: (615) 742-2806
Email: rhorton@bassberry.com
Email: mpirtle@bassberry.com

/s/ Molly A. Elkin
Molly A. Elkin
McGILLIVARY STEELE ELKN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
mae@mselaborlaw.com