IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAE BARBEE, ET AL., | ) |
| | ) |
| Plaintiffs, | ) Case No: 3:19-cv-00119 |
| | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| v. | ) Collective and Class Action |
| | ) |
| NAVIHEALTH, INC., | ) Judge Waverly D. Crenshaw |
| | ) Magistrate Judge Alistair Newbern |
| Defendant. | ) |

**JOINT MOTION FOR FINAL APPROVAL OF
SETTLEMENT AGREEMENT**

Plaintiffs Mae Barbee, Donna Trone, Sheree Montgomery, and Mary Beth Herwald ("Plaintiffs" or "Named Plaintiffs") and Defendant, naviHealth, Inc. ("Defendant" or "naviHealth") (collectively the "Parties"), respectfully move this Court for final approval of Settlement Agreement, which the Court previously preliminarily approved (DE 92-1) ("Agreement"). [1]

For the reasons set forth in the supporting memorandum of law and the attached declaration, the proposed Agreement is "fair, reasonable and adequate," provides Settlement Class Members with substantial monetary relief, and satisfies all other criteria for final approval. Accordingly, the Parties respectfully request the Court to grant this motion and enter an Order that:

---

[1] Unless otherwise noted, all defined terms have those meanings ascribed to them in the Agreement.

(1) states that there is a *bona fide* legal dispute between the parties as to whether Settlement Class Members are owed any wages, overtime compensation, or statutory damages;

(2) approves the Agreement including all information contained in the Notice Packet, as fair, reasonable, adequate, and binding on all Rule 23 Class Members who did not opt out, Named Plaintiffs, Current Opt-In Plaintiffs, and on all FLSA Opt-In Plaintiffs;

(3) approves the procedure to pay the Net Settlement Amount into the Qualified Settlement Fund ("QSF") as described in Paragraph 11.4 of the Agreement (DE 92-1, ¶ 11.4);

(4) orders Administration of the QSF as described in Paragraphs 11–15 of the Agreement;

(5) orders the dismissal with prejudice of this action and the Released Claims of the Rule 23 Class Members who did not opt out, Named Plaintiffs, Current Opt-In Plaintiffs, and the FLSA Opt-In Plaintiffs;

(6) approves the attorneys' fees and expenses set forth in paragraph 10.4 of the Agreement;[2]

(7) grants the Joint Motion to File Consent Forms of FLSA Opt-In Plaintiffs under Seal;[3] and

---

[2] Along with this Joint Motion for Final Approval of Settlement Agreement, Plaintiffs contemporaneously file a Motion for an Award of Fees and Reimbursement of Litigation Expenses, supporting memorandum, declaration and exhibits.

[3] The parties have also filed a Joint Motion to File Consent Forms of FLSA Opt-In Plaintiffs under Seal. If the Court denies such motion, Defendant moves that the Consent Forms be filed without being filed under seal. Plaintiffs oppose such motion.

(7) retains jurisdiction over the interpretation and implementation of the Agreement, as well as any matters arising out of or related to the interpretation or implementation of the Agreement.

SEPTEMBER 14, 2020

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/Molly A. Elkin<br>Molly A. Elkin<br>Hillary D. LeBeau<br>MCGILLIVARY STEELE ELKIN LLP<br>1101 Vermont Ave., N.W., Suite 1000<br>Washington, DC 20005<br>Tel.: (202) 833-8855<br>Fax: (202) 452-1090<br>mae@mselaborlaw.com<br>hdl@mselaborlaw.com | /s/ Robert W. Horton<br>Robert W. Horton (TN BPR #17417)<br>Mary Leigh Pirtle (TN BPR #26659)<br>Laura M. Mallory (TN BPR #31917)<br>BASS BERRY & SIMS PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, Tennessee 37201<br>Tel.: (615) 742-6200<br>Fax: (615) 742-2799<br>bhorton@bassberry.com<br>mpirtle@bassberry.com<br>laura.mallory@bassberry.com |
| /s/Charles P. Yezbak<br>Charles P. Yezbak, III<br>N. Chase Teeples<br>YEZBAK LAW OFFICES PLLC<br>2002 Richard Jones Road, Suite B-200<br>Nashville, TN 37215<br>Tel.: (615) 250-2000<br>Fax: (615) 250-2020<br>yezbak@yezbaklaw.com<br>teeples@yezbaklaw.com | *Counsel for Defendant naviHealth, Inc.* |

/s/ Jack Siegel
Jack Siegel
Texas Bar No. 24070621
SIEGEL LAW GROUP, PLLC
2820 McKinnon, Suite 5009
Dallas, Texas 75201
Tel.: (214) 790-4454
jack@siegellawgroup.biz

/s J. Derek Braziel
J. Derek Braziel

Travis Gasper
LEE & BRAZIEL, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
Tel.: (214) 749-1400
Fax: (214) 749-1010
jdbraziel@l-b-law.com
gasper@l-b-law.com

*/s/ Travis M. Hedgpeth*
Travis M. Hedgpeth
THE HEDGPETH LAW FIRM, PC
5438 Rutherglenn Drive
Houston, Texas 77096
Tel.: (512) 417-5716
travis@hedgpethlaw.com

*Counsel for Plaintiffs and The Settlement Classes*

**CERTIFICATION OF SERVICE**

The undersigned attorney certifies that a copy of the foregoing has been filed via the Court's ECF filing system on September 14, 2020, and transmitted to the following counsel of record:

Robert W. Horton
Mary Leigh Pirtle
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-6232
Fax: (615) 742-2806
Email: rhorton@bassberry.com
Email: mpirtle@bassberry.com

/s/ Molly A. Elkin
Molly A. Elkin
McGILLIVARY STEELE ELKN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
mae@mselaborlaw.com

29000374.3