# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MAE BARBEE, ET AL., | ) |
| Plaintiffs, | ) Case No: 3:19-cv-00119 |
| | ) JURY TRIAL DEMANDED |
| v. | ) Collective and Class Action |
| NAVIHEALTH, INC., | ) Judge Waverly D. Crenshaw |
| | ) Magistrate Judge Alistair Newbern |
| Defendant. | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

For the reasons set forth in the attached memorandum, supporting declaration, and exhibits, McGillivary Steele Elkin LLP, Yezbak Law Offices PLLC, Seigel Law Group, PLLC, the Hedgpeth Law Firm, and Lee & Braziel, LLP ("Class Counsel"), on behalf of Plaintiffs and the Settlement Class Members, respectfully move the Court for an award of attorneys' fees in the amount of $1,563,332.00, which is equal to one-third (33.33%) of the Maximum Settlement Amount (Dkt. 92-1, ¶ 1.10). Class Counsel also seek reimbursement of litigation expenses in the amount of $15,751.13.

**September 14, 2020**

**Respectfully,**

*/s/ Molly A. Elkin*
Molly A. Elkin
Hillary D. LeBeau
MCGILLIVARY STEELE ELKIN LLP

1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Tel.: (202) 833-8855
Fax: (202) 452-1090
mae@mselaborlaw.com
hdl@mselaborlaw.com

*/s/Charles P. Yezbak*
Charles P. Yezbak, III
N. Chase Teeples
YEZBAK LAW OFFICES PLLC
2021 Richard Jones Road, Suite 310A
Nashville, TN 37215
Tel.: (615) 250-2000
Fax: (615) 250-2020
yezbak@yezbaklaw.com
teeples@yezbaklaw.com

*/s/ Jack Siegel*
Jack Siegel
Texas Bar No. 24070621
SIEGEL LAW GROUP, PLLC
2820 McKinnon, Suite 5009
Dallas, Texas 75201
Tel.: (214) 790-4454
jack@siegellawgroup.biz

*/s J. Derek Braziel*
J. Derek Braziel
Travis Gasper
LEE & BRAZIEL, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
Tel.: (214) 749-1400
Fax: (214) 749-1010
jdbraziel@l-b-law.com
gasper@l-b-law.com

*/s/ Travis M. Hedgpeth*
Travis M. Hedgpeth
THE HEDGPETH LAW FIRM, PC
5438 Rutherglenn Drive
Houston, Texas 77096
Tel.: (512) 417-5716
travis@hedgpethlaw.com

*Counsel for Plaintiffs and The Settlement Classes*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing has been filed via the Court's ECF filing system on September 14, 2020 and transmitted to the following counsel of record:

    Robert W. Horton
    Mary Leigh Pirtle
    Bass, Berry & Sims (Nashville Office)
    150 Third Avenue South
    Suite 2800
    Nashville, TN 37201
    (615) 742-6232
    Fax: (615) 742-2806
    Email: rhorton@bassberry.com
    Email: mpirtle@bassberry.com

    */s/ Molly A. Elkin*
    Molly A. Elkin
    McGILLIVARY STEELE ELKIN LLP
    1101 Vermont Ave., N.W.
    Suite 1000
    Washington, DC 20005
    Phone: (202) 833-8855
    Fax: (202) 452-1090
    mae@mselaborlaw.com

3

Case 3:19-cv-00119   Document 96   Filed 09/14/20   Page 3 of 3 PageID #: 1469